BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

FILED

OCT 17 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KULWANT SINGH SANDHU,<br>   aka Ken Sandhu,<br><br>    Defendant. | Case No.<br><br>2:13-CR-0348 LKK<br><br>ORDER TO SEAL<br><br>(UNDER SEAL)<br><br>**SEALED** |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Nirav Desai to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

DATED: 10/17/2013

_____
HON. ~~KENDALL J. NEWMAN~~ Carolyn K. Delaney
United States Magistrate Judge

Petition to Seal Indictment and
[Proposed] Order

3