**FILED**
October 18, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                          )<br>                      Plaintiff,        )<br>v.                                                      )<br>                                                          )<br>KULWANT SANDHU,                    )<br>                                                          )<br>                      Defendant.    )  | CASE NUMBER: 2:13-cr-00348-LKK<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Kulwant Sandhu; Case 2:13-cr-00348-LKK</u> from custody and for the following reasons:

    \_\_   Release on Personal Recognizance

    \_\_   Bail Posted in the Sum of _____

    _X_   Unsecured Appearance Bond in the amount of $25,000.00,

    \_\_   Appearance Bond with 10% Deposit

    \_\_   Appearance Bond secured by Real Property

    \_\_   Corporate Surety Bail Bond

    _X_   (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at <u>Sacramento, CA</u> on <u>10/18/2013</u> at <u>4:07</u>.

By _____
Kendall J. Newman
United States Magistrate Judge