HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy.zindel@fd.org


Attorney for Defendant
KULWANT SINGH SANDHU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KULWANT SINGH SANDHU,<br><br>Defendant. | Case No.  2:13-CR-0348 LKK<br><br>**STIPULATION AND ORDER CONTINUING STATUS AND EXCLUDING TIME**<br><br>Date:   November 5, 2013<br>Time:   9:15 a.m.<br>Judge:  Hon. Lawrence K. Karlton |

It is hereby stipulated and agreed between defendant, Kulwant Singh Sandhu, and plaintiff, United States of America, that the status conference scheduled for November 5, 2013, may be continued to December 10, 2013, at 9:15 a.m.

Mr. Sandhu was arraigned on the indictment on October 18 and the government has provided several CDs worth of discovery, including many audio recordings.  Defense counsel is presently indexing discovery but has yet to review any of it with Mr. Sandhu.  Counsel also seeks additional time to conduct legal research necessary to determine how to proceed

In light of the above, the parties agree that the interests of justice to be served by a continuance outweigh the best interests of Mr. Sandhu and the public in a speedy trial, and ask

-1-

the Court to order time under the Speedy Trial Act excluded from the date of this stipulation through December 10, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv).

                                                Respectfully submitted,

                                                HEATHER E. WILLIAMS
                                                Federal Defender

Dated:  October 30, 2013                /s/ T. Zindel_____
                                                TIMOTHY ZINDEL
                                                Assistant Federal Defender
                                                Attorney for KULWANT SINGH SANDHU

                                                BENJAMIN WAGNER
                                                United States Attorney

Dated:  October 30, 2013                /s/  T. Zindel for N. Desai_____
                                                NIRAV DESAI
                                                Assistant U.S. Attorney

**O R D E R**

The status conference is rescheduled for December 10, 2013, at 9:15 a.m. and time under the Speedy Trial Act is excluded through that date pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  November 5, 2013

                                                LAWRENCE K. KARLTON
                                                SENIOR JUDGE
                                                UNITED STATES DISTRICT COURT