HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
KULWANT SINGH SANDHU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:13-CR-0348 LKK |
| Plaintiff, | |
| vs. | **ORDER AFTER STATUS CONFERENCE** |
| KULWANT SINGH SANDHU, | |
| Defendant. | Date:  December 10, 2013<br>Time:   9:15 a.m.<br>Judge:  Hon. Lawrence K. Karlton |

The parties appeared on December 10, 2013, and presented an agreement to defer prosecution for a period of 12 months, after which time the indictment may be dismissed.  The Court approved the agreement.  The Court scheduled a status conference for December 16, 2014, at 9:15 a.m and ordered time under the Speedy Trial Act excluded through that date pursuant to 18 U.S.C. § 3161(h)(2).

IT IS SO ORDERED.

Dated:  December 12, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-1-