HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
KULWANT SINGH SANDHU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KULWANT SINGH SANDHU,<br><br>Defendant. | Case No. 2:13-CR-0348 LKK<br><br>**STIPULATION AND ORDER RE TRAVEL AND AMENDING CONDITIONS OF RELEASE**<br><br>Judge: Hon. Allison Claire |

It is hereby stipulated and agreed between defendant, Kulwant Singh Sandhu, and plaintiff, United States of America, that the conditions of pretrial release ordered on October 18, 2013, may be amended as follows.

First, the parties ask the Court to approve Mr. Sandhu's request for travel outside the United States. Specifically, Mr. Sandhu seeks permission to travel to Vancouver, British Columbia, from May 20-25, 2014, to attend the wedding of his nephew. Mr. Sandhu will provide proof of round-trip-transportation to Pretrial Services in advance of his travel. He will travel with his wife and daughter. The parties agree that the Court should enter an order giving Mr. Sandhu permission to travel to the wedding.

Second, the parties ask the Court to modify the conditions of pretrial release to add the following special condition:

> You shall participate in a program of medical or psychiatric treatment (i.e., counseling) as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

Mr. Sandhu requested this change so that he may see a counselor for issues relating to his case.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: May 12, 2014

/s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for KULWANT SINGH SANDHU

BENJAMIN WAGNER
United States Attorney

Dated: May 12, 2014

/s/ T. Zindel for N. Desai
NIRAV DESAI
Assistant U.S. Attorney

**O R D E R**

The Court adopts the special condition of release set forth above. The Court grants Mr. Sandhu’s request to travel to Vancouver, British Columbia, for purposes of attending his nephew’s wedding. He shall provide Pretrial Services evidence of his round-trip itinerary before traveling and report to them as ordered.

IT IS SO ORDERED.

Dated: May 13, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE