BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-0348 TLN |
| Plaintiff, | ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE |
| v. | |
| KULWANT SINGH SANDHU, aka Ken Sandhu, | |
| Defendant. | |

The government's motion to dismiss the Indictment is granted. Fed. R. Crim. P. 48(a). The Indictment filed October 17, 2013, is hereby dismissed without prejudice.

Dated: December 11, 2014

_____
Troy L. Nunley
United States District Judge

ORDER
UNITED STATES V. SANDHU, 2:13-CR-0348 TLN

1